# Order

Michigan Supreme Court
Lansing, Michigan

September 9, 2008

136739(5)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES SCHMIDT,
　　　Plaintiff,

v

ATTORNEY GRIEVANCE
COMMISSION,
　　　Defendant.

SC: 136739
AGC: 1288/04

_____/

　　　On order of the Court, the motion for reconsideration of this Court's July 2, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

Clerk

d0828